# Third District Court of Appeal

## State of Florida

Opinion filed June 25, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1254
Lower Tribunal No. 22-19167-CA-01
_____

**New Beginning Missionary Baptist Church, Inc., etc.,**
Appellant,

vs.

**City First Mortgage Corp., etc,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Pedro P. Echarte, Jr., Judge.

Andrew M. Kassier, P.A., and Andrew M. Kassier, for appellant.

AM Law LLC, and Gary M. Murphree; Wedderburn & Jacobs, P.A. and Bruce Jacobs (Hollywood), for appellee.

Before FERNANDEZ, LOBREE and GOODEN, JJ.

PER CURIAM.

Appellant New Beginning Missionary Baptist Church, Inc. appeals a final judgment of foreclosure. It challenges service of process and alleges that it was improperly served by substitute service on the Secretary of State. Because we find New Beginning Missionary Baptist Church was served in strict compliance with sections 48.081 and 48.161, Florida Statutes, we affirm. See § 48.081(4)(b), Fla. Stat. ("If, after due diligence, the process cannot be completed . . . the process may be served as provided in s. 48.161 on the Secretary of State as an agent of the domestic corporation . . . .") (2024); § 48.161(1), Fla. Stat. ("When authorized by law, substituted service of process . . . may be made by sending a copy of the process to the office of the Secretary of State . . . .") (2024); § 48.161(2), Fla. Stat. (2024) ("The party effectuating service does not need to allege in its original or amended complaint the facts required to be set forth in the affidavit of compliance.").

Affirmed.